

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00236-CV

_____

AUSTIN PARIS, Appellant

V.

ALEXANDRA PARIS, Appellee

On Appeal from the 442nd District Court
Denton County, Texas
Trial Court No. 23-9197-442

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On July 31, 2025, and August 20, 2025, we notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless appellant paid the $205 filing fee.[1]  *See* Tex. R. App. P. 42.3(c), 44.3.  Appellant has not done so.  *See* Tex. R. App. P. 5, 12.1(b).

Because appellant has not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[2] we dismiss this appeal.[3]  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal.  *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered:  September 18, 2025

---

[1]In a July 31, 2025 order, we stated that the fee was to be paid by August 11, 2025.  In an August 20, 2025 letter, we stated that the fee was to be paid by September 2, 2025.

[2]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).

[3]Appellant has another appeal pending in our court, Cause No. 02-25-00235-CV.  Appellant paid the filing fee in that appeal, and it remains pending at this time.